IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P&M VENTURES INC., ET AL., | No. C 12-03859 CRB |
| Plaintiffs, | **ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| THE NETHERLANDS INS. CO., | |
| Defendant. | |

The Court is in receipt of an Ex Parte Application for Temporary Restraining Order Appointing Cumis Counsel, filed by Plaintiffs P&M Ventures, Inc., DBA Days Inn, and Prem Chaudhri. See dkt. 16. Upon examination of the papers, the Court finds that Plaintiffs failed to make the requisite showing of irreparable injury requiring issuance of a temporary restraining order. Accordingly, Plaintiffs' Application is DENIED. Plaintiffs may file a motion for preliminary injunction on regular notice.

**IT IS SO ORDERED.**

Dated: August 17, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\3859\order re tro.wpd